RECEIVED

JUL 1 5 2005
mou
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FADY MOHAMMED AALOUL | CIVIL ACTION NO. 04-2286 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN ASHCROFT, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Respondents' Motion to Dissolve Temporary Restraining Order and Dismiss [Doc. No. 52] is GRANTED IN PART AND DENIED IN PART. To the extent that Respondents argue that this Court lacks jurisdiction to enter a stay to preserve the status quo in this case, their motion is DENIED. Respondents' motion is otherwise GRANTED. Petitioner's petition for writ of *habeas corpus* is DISMISSED WITH PREJUDICE, and the temporary restraining order [Doc. No. 50] issued by this Court on July 12, 2005, is hereby DISSOLVED.

IT IS FURTHER ORDERED that Petitioner's Motion to Default [Doc. No. 51] is DENIED.

IT IS FURTHER ORDERED that Respondents' Motion for Expedited Hearing [Doc. No. 53] is DENIED AS MOOT.

MONROE, LOUISIANA, this 15 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE