RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 07/19/05
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

Fady M. Aaloul

VERSUS

John Ashcroft, et al

CIVIL ACTION NO. 04-2286
Sec P

DISTRICT JUDGE ROBERT G. JAMES

MAGISTRATE JUDGE JAMES D. KIRK

## ORDER

IT IS ORDERED that the motion for default (Doc # 51)

is ___ GRANTED   ✓ DENIED

DONE AND SIGNED at Alexandria, LA, on this 15th day of July, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE